*J. L. Worden, J. Morris* and *J. N. Fay,* for appellee.

--------o--------

WADE *v.* WADE'S Administrator.

APPEAL from the *Washington* Common Pleas.

FRAZER, J.—This was an action on an account. The complaint is in the usual form. The account sued on consists of two items, viz., "balance due on land bought of deceased, $100; 14½ bushels of wheat, at one dollar per bushel, $14 50." The only error assigned is, that a demurrer to the complaint was overruled. It is conceded by the appellant that the complaint showed a right of recovery as to the wheat, and indeed there can be no doubt of it. That settles the question before us against the appellant.

The judgment is affirmed, with ten per cent. damages and costs.

*H. Heffren,* for appellant.

*M. D. L. Prow,* for appellee.